UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| HELEN SWARTZ, Individually, | : | |
| | : | |
| Plaintiff, | : | |
| vs. | : | |
| STATEWIDE REALTY COMPANY, | : | Case No. 2:24-cv-01188-ES-AME |
| a New Jersey Partnership, | : | |
| | : | |
| Defendant. | : | |
| _____/ | | |

## NOTICE OF SETTLEMENT

**COME NOW** the Parties, by and through undersigned counsel, and hereby inform the Court that the parties have settled the above-captioned matter. The parties hereby request that this matter be stayed for a period of 30 days so that the parties can finalize all matters, at which time the parties expect to file a joint stipulation for dismissal.

Dated: May 22, 2024

Respectfully submitted,

Alan R. Ackerman, Esquire
LAW OFFICES OF ALAN R. ACKERMAN
1719 Route 10 East
Parsippany, NJ 07054
(973) 898-1177
(973) 898-1230 - Facsimile
araesq@alanackermanlaw.com

By: _____
   Alan R. Ackerman, Esquire
   Counsel for Plaintiff Helen Swartz

1